UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ARNULFO CALDERON,                              Index No.: 08 CIV 0922

               Plaintiff,                    **RETURN OF SERVICE**

• against


UNITED STATES OF AMERICA,

               Defendant.
-------------------------------------------------------X

    Service of the Summons and Complaint was made by the undersigned as follows:

1. Upon the Civil Process Clerk for the United States Attorney for the Southern District of New York, **personally** at 86 Chambers Street, New York 10007, on January 28, 2008 and by **certified mail,** on January 28, 2008, a copy of the return receipt of which is annexed hereto.

2. Upon the Hon. Michael Mukasey, Attorney General of the United States, by **certified mail** on January 28, 2008, a copy of the return receipt of which is annexed hereto.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

    Executed on February 11, 2008

               *Donald D. Olman*


Donald D. Olman,(4806) firm of
Rassner, Rassner & Olman 14
Tower Place Roslyn, New York
11576 516 626 2470

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Michael Mukasey
Attorney General of the
United States
U.S. Dept. of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Ronald Parker
☐ Agent
☐ Addressee

B. Received by (Printed Name): JAN 0 4 2008

C. Date of Delivery: 02-4-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7006 2150 0003 4213 7564

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney
for the Southern District of
New York
86 Chambers Street
New York, N.Y. 10007
Third Floor

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Rosado
☐ Agent
☐ Addressee

B. Received by (Printed Name):

C. Date of Delivery: 1/29/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0003 4213 7557

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540