UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| ARNULFO CALDERON, | Index No.: 08 CIV 0922 |
| Plaintiff, | **ADMENDED RETURN OF SERVICE** |
| • against | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

-----------------------------------------------------

New York State    )

County of Nassau: )

Donald D. Olman, being duly sworn deposes and says that: Service of the Summons and Complaint in the above entitled action was served by the undersigned, as follows:

1. Upon the Civil Process Clerk for the United States Attorney for the Southern District of New York, **personally** at 86 Chambers Street, New York 10007, on January 28, 2008 and by **certified mail,** on January 28, 2008, a copy of the return receipt of which is annexed hereto.

2. Upon the Hon. Michael Mukasey, Attorney General of the United States, by **certified mail** on January 28, 2008, a copy of the return receipt of which is annexed hereto.

            *Donald D. Olma*n

Duly Sworn to before me this 12th
day of February, 2008
*Linda Pellitteri*
Notary Public-State of New York
#01PE495317Nassau County
Expires July 3, 2011

         Donald D. Olman, firm of
         Rassner, Rassner and Olman
         14 Tower Place
         Roslyn, New York 11576

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney
for the Southern District of
New York
86 Chambers Street
New York, N.Y. 10007
Third Floor

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  E. Rosado    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   1/29/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2150 0003 4213 7557

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Michael Mukasey
Attorney General of the
United States
U.S. Dept. of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JAN 2008                       02-4-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7006 2150 0003 4213 7564

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 1:08-cv-00922-CM     Document 4     Filed 02/12/2008     Page 3 of 3